IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| HOMER LAVON MCNEELY | § | |
| VS. | § | CIVIL ACTION NO.  1:26-CV-118 |
| DIRECTOR, TDCJ-CID | § | |

OPINION REGARDING TRANSFER

Petitioner Homer Lavon McNeely, a prisoner confined at the Pam Lyncher State Jail, filed this habeas petition under 28 U.S.C. § 2241 seeking a transfer from state custody to a federal prison.

Analysis

To entertain a habeas petition brought under 28 U.S.C. § 2241, the district court must have jurisdiction over the prisoner.  *United States v. Gabor*, 905 F.2d 76, 77-78 (5th Cir. 1990). Accordingly, a prisoner must file a § 2241 petition in the district where he is incarcerated.  *Griffin v. Ebbert*, 751 F.3d 288, 290 (5th Cir. 2014); *Lee v. Wetzel*, 244 F.3d 370, 375 n. 5 (5th Cir. 2001). If the petitioner files in another district, that court lacks jurisdiction over the petition.  *United States v. Brown*, 753 F.2d 455 (5th Cir. 1985).  The petition cannot be transferred to a more "convenient" forum.  *Lee v. Wetzel*, 244 F.3d 370, 373-74 (5th Cir. 2001).  The court does, however, have the authority to transfer the action, in the interest of justice, to a court where the action could have been brought.  28 U.S.C. § 1631.

The Pam Lyncher State Jail, where Petitioner is confined, is located in Harris County, Texas. Harris County is in the Southern District of Texas.  Therefore, jurisdiction is not proper in the Eastern District of Texas.  The court has considered the circumstances and has determined that the

petition for writ of habeas corpus should be transferred to the Southern District of Texas where

Petitioner was incarcerated at the time he filed this petition.  It is accordingly

     **ORDERED** that this petition for writ of habeas corpus is **TRANSFERRED** to the Houston

Division of the United States District Court for the Southern District of Texas.

     SIGNED this 2nd day of June, 2026.

                                    _____

                                    Zack Hawthorn
                                    United States Magistrate Judge